JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
STEPHANIE ZINNA, ESQ.
Nevada Bar No. 011488
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
jolson@ocgas.com
szinna@ocgas.com
702-384-4012
702-383-0701 fax
*Attorneys for Defendants*
*Ikea US Retail, LLC fka Ikea U.S.*
*West, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MACKENZIE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>IKEA US RETAIL, LLC fka IKEA U.S. WEST, INC.; DOE EMPLOYEE I; DOES I through X inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | CASE NO.  2:21-cv-2097-JCM-NJK<br><br>**STIPULATION AND ORDER TO VACATE JURY TRIAL** |

Plaintiff MICHAEL MACKENZIE ("Plaintiff") and Defendant IKEA US RETAIL, LLC fka IKEA U.S. WEST, INC. ("Defendant"), by and through their undersigned counsel, stipulate and agree to the following:

IT IS STIPULATED AND AGREED by and between all parties, through their respective counsel, that the Jury Trial set in Case No. 2:21-cv-2097-JCM-NJK [#25] be **VACATED** as this case has settled through mediation.

A Stipulation and Order to Dismiss with Prejudice will be filed with the court within 60 days of this order.

DATED this 6th day of January, 2023

THE702FIRM

*/s/ Zach Livingston, Esq.*
_____
BRADLEY MYERS, ESQ.
Nevada Bar No. 8857
ZACH LIVINGSTON, ESQ.
Nevada Bar No. 15954
400 S. 7th Street, Suite 400
Las Vegas, NV 89101
Attorneys for Plaintiff

DATED this 6th day of January, 2023

OLSON CANNON GORMLEY & STOBERSKI

*/s/ Stephanie Zinna, Esq.*
_____
JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
STEPHANIE ZINNA, ESQ.
Nevada Bar No. 11488
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Attorneys for Defendant

**IT IS SO ORDERED.** January 6, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE