1 JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
2 STEPHANIE ZINNA, ESQ.
Nevada Bar No. 011488
3 OLSON CANNON GORMLEY & STOBERSKI
4 9950 West Cheyenne Avenue
Las Vegas, NV 89129
5 jolson@ocgas.com
6 szinna@ocgas.com
7 702-384-4012
702-383-0701 fax
8 *Attorneys for Defendants*
*Ikea US Retail, LLC fka Ikea U.S.*
9 *West, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MACKENZIE,<br>    Plaintiff,<br>v.<br>IKEA US RETAIL, LLC fka IKEA U.S. WEST, INC.; DOE EMPLOYEE I; DOES I through X inclusive, and ROE CORPORATIONS I through X, inclusive,<br>    Defendants. | CASE NO. 2:21-cv-2097-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff MICHAEL MACKENZIE, by and through his counsel, THE702FIRM, and Defendant IKEA US RETAIL, LLC fka IKEA U.S. WEST, INC., by and through its counsel, OLSON CANNON GORMLEY & STOBERKSI, hereby stipulate and agree to the following:

IT IS STIPULATED AND AGREED by and between all parties, through their respective counsel, that Case No. 2:21-cv-2097-JCM-NJK be **DISMISSED WITH PREJUDICE,** each party to bear their own fees and costs**.**

There is currently no jury trial set.

DATED this 12th day of January, 2023

THE702FIRM

*/s/ Zach Livingston, Esq.*
_____
BRADLEY MYERS, ESQ.
Nevada Bar No. 8857
ZACH LIVINGSTON, ESQ.
Nevada Bar No. 15954
400 S. 7th Street, Suite 400
Las Vegas, NV 89101
Attorneys for Plaintiff

DATED this 12th day of January, 2023

OLSON CANNON GORMLEY & STOBERSKI

*/s/ Stephanie Zinna, Esq.*
_____
JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
STEPHANIE ZINNA, ESQ.
Nevada Bar No. 11488
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Attorneys for Defendant

**IT IS SO ORDERED** January 13, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE